# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 14-1005** | **September Term, 2013** |
| | USPS-2014-FPRO-00057 |
| | Filed On: January 13, 2014 [1474801] |

Sai,

        Petitioner

    v.

United States Postal Service,

        Respondent

## N O T I C E

    This case was docketed on January 7, 2014. The United States Postal Service is hereby notified that the attached is a true copy of the petition for review, which was filed on January 7, 2014, in the United States Court of Appeals for the District of Columbia Circuit, in the above-captioned case.

    The Clerk is directed to transmit a copy of this notice, along with the petition for review, to respondent.

                                                  **FOR THE COURT:**
                                                 Mark J. Langer, Clerk

                               BY:    /s/
                                           Amy Yacisin
                                           Deputy Clerk

Attachment:
    Certified Copy of Petition for Review