RECEIVED
Mail Room
JAN - 7 2014
United States Court of Appeals
District of Columbia Circuit

**United States Court of Appeals
District of Columbia Circuit**

333 Constitution Avenue, NW Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

Sai
*Petitioner*

v.                                                                                  Case Number:

United States Postal Service (USPS)
*Respondent*

### Petitioner's Motion for Leave to Participate in CM/ECF

*I hereby move* the Court for leave to participate in the Case Management/Electronic Case Files system, in accordance with DCCA Order 2009-05-15, ECF-2(B). *I consent and request* that I be served wherever possible either via CM/ECF or email to dccc@s.ai, rather than by paper, in accordance with DCCA Rule 25(c)(1)(D).

In support of this motion, I declare that I generally have Internet access through my laptop, WiFi networks, and/or my cellphone's data plan; that I have the capacity to file and receive documents electronically on a regular basis; and that I have a PACER e-file account (saizai1). I have read this Court's Rules (rev. 2011-01-01); 2009-05-15 ECF Admin Order, En Banc Order, and Notice of Final Rules; 2009-06-04, 2009-07-30, and 2010-12-03 ECF notices; ECF Redaction Guide and sealed information notice; and 2011-11-30 e-mail brief filing order. I have also completed the DC Circuit District Court Clerk's tutorial on CM/ECF. I write all of my documents electronically, and electronic submission would therefore better preserve their original form.

I travel frequently (including right now) and thus am often unable to reliably access my physical mail in a

timely manner. Finally, I have a disability which causes me difficulty accessing and using physical mail which does not apply to electronic documents, so paper filing causes me unnecessary burden when electronic filing would otherwise be available.

*I further move* that the Court extend my leave to participate in CM/ECF to any future cases.[1]

In support of this further motion, I declare that I expect to have cause to file other petitions with this Court and that all facts declared above are not likely to change. Although I am not an attorney, this Court's Order ECF-2(A) permits attorneys to register with CM/ECF on a blanket rather than per case basis. There is no reason to believe that the Court would rule differently on a future (virtually identical) motion by me to participate in CM/ECF in another case.

Therefore, I believe that requiring me to file this motion again, by paper, in future cases (together with case-initiating and related documents) would not serve any cognizable interest of justice. By contrast, granting me indefinite leave to file electronically *would* serve to alleviate unnecessary future burden on me and to permit the Court to operate more efficiently and effectively.

Respectfully submitted,

Sai, *petitioner pro se*

dccc@s.ai

+1 510 394 4724

PO Box 401159, San Francisco, CA 94110

---

[1] Per Court's preface to Order 2009-05-15: "The court may deviate from these provisions in specific cases if deemed appropriate in the exercise of its discretion."