# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 14-1005**                **September Term, 2013**

USPS-14-023

**Filed On:** January 29, 2014

Sai,

       Petitioner

    v.

United States Postal Service,

       Respondent

**O R D E R**

Upon consideration of petitioner's motion for leave to participate in CM/ECF, it is

**ORDERED** that the motion be granted. Petitioner is permitted to participate as an ECF filer in the court's Case Management/Electronic Case files (CM/ECF) system, solely for the purposes of this case and so long as petitioner is not represented in this case by an attorney. See Administrative Order Regarding Electronic Case Filing, ECF-2(B) (D.C. Cir. May 15, 2009). This permission is granted subject to the terms of the Administrative Order and D.C. Circuit Rule 25.

                                                  **FOR THE COURT:**
                                                  Mark J. Langer, Clerk

                                       BY:    /s/
                                                        Lynda M. Flippin
                                                        Deputy Clerk